| | | |
|---|---|---|
| **RICK SUTTON** | * | **NO. 2024-CA-0761** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **JACK ADAMS, CHARLES ADAMS AND POLLY POINT IMPORTS CORP.** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

CONSOLIDATED WITH:

RICK M. SUTTON

VERSUS

CHARLES ADAMS, POLLY POINT
IMPORTS CORP AND JACK ADAMS

CONSOLIDATED WITH:

RICK M. SUTTON

VERSUS

CHARLES ADAMS, POLLY POINT
IMPORTS CORP. AND JACK ADAMS

CONSOLIDATED WITH:

NO. 2024-C-0563

CONSOLIDATED WITH:

NO. 2024-C-0568

DNA **ATKINS, J., CONCURS IN THE RESULT.**

I respectfully concur in the result.